USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/12/12

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------X

ISAAC STENGEL,                        :

                Plaintiff,      :   10 Civ. 8661 (CM)(HBP)

   -against-                         :   OPINION
                                           AND ORDER
BRADFORD BLACK,                       :

                Defendant.      :

-----------------------------------X

        PITMAN, United States Magistrate Judge:

        Although the submission is not entirely clear, in Docket Item 39, plaintiff appears to be opposing a prior motion made by defendant for Rule 11 sanctions (Docket Item 30) and seeking Rule 11 sanctions against defendant because defendant field a Rule 11 motion.

        To the extent Docket Item 39 can be construed as a motion for sanctions, it is denied as frivolous.  Defendant's motion for sanction (Docket Item 30) was granted by Judge McMahon on October 18, 2011 (Docket Item 33).  Thus, defendant's motion for sanctions was meritorious and cannot itself be the basis for a sanctions motion by plaintiff.

Accordingly, to the extent Docket Item 39 can be construed as a motion for sanctions it is denied, and the Clerk of the Court is directed to mark the motion closed.

Dated:  New York, New York
        September 12, 2012

                                SO ORDERED

                                _____
                                HENRY PITMAN
                                United States Magistrate Judge

Copies transmitted to:

Mr. Isaac Stengel
11 West 47th Street
New York, New York  10036

Zeynel Karcioglu, Esq.
Jacobs & Burleigh LLP
17th Floor
445 Park Avenue
New York, New York  10022

David E. Butz, Esq.
Krugliak, Wilkins, Griffiths
   & Dougherty Co., L.P.A.
P.O. Box 36963
4775 Munson Street, N.W.
Canton, Ohio  44718-3612